UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| LACY BRIAN WHITFIELD, et al. | ) | |

ORDER

Pending before the Court is Defendant Lacy Brian Whitfield's Motion to Enlarge Time for Filing Pretrial Motions (Docket No. 38). The Motion is GRANTED.

The deadline for filing pretrial motions for ALL Defendants is extended to May 3, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE