UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| L. BRIAN WHITFIELD, et al. | ) | |

ORDER

The status conference scheduled for March 11, 2013, at 10:00 a.m. is RESCHEDULED for March 11, 2013, at 4:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE