UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| LACY BRIAN WHITFIELD | ) | |

## ORDER

Pending before the Court is Defendant Lacy Brian Whitfield's Motion to Continue Trial Date (Docket No. 74). Through the Motion, counsel for Defendant asks that the trial be continued because of calendaring conflicts. The Defendant has also filed a Waiver of Speedy Trial rights (Docket No. 75). The Government has filed a Response (Docket No. 76).

The Court is of the opinion that the Motion should be GRANTED. Accordingly, the trial in this case is CONTINUED until June 10, 2014, at 9:00 a.m. The pretrial conference is rescheduled for June 9, 2014, at 9:00 a.m.

All documents ordered to be filed by Order (Docket No. 68) shall be filed by June 2, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE