UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| LACY BRIAN WHITFIELD | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Enlarge Time For Filing Motions *In Limine* (Docket No. 97). Through the Motion, the Defendant seeks an extension of time, until October 20, 2014, in which to file motions *in limine* in this case. The Motion is GRANTED.

It is so ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE