UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| LACY BRIAN WHITFIELD | ) | |

## ORDER

The Court held a Pretrial Conference in this case on October 6, 2014. During the Pretrial Conference, the Court ordered that, on or before October 17, 2014: (1) the parties shall file a proposed summary of the Indictment; (2) the Government shall provide the Defendant with a copy of the summaries it intends to introduce at trial, along with identification of the material upon which the summaries are based; (3) the parties shall file proposed forfeiture jury instructions, or briefs on the issue of whether a jury trial is required on the forfeiture charge; and (4) the Defendant shall provide the Government with reciprocal discovery.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE